MICHAEL G. KING (SBN 145477)
EM: mking@hgla.com
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA  90292
Telephone:  (310) 305-2100
Facsimile:   (310) 305-2116

Attorneys for Plaintiff IXIA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXIA,<br><br>                                    Plaintiff,<br><br>       vs.<br><br>MAURICE MITCHELL, an individual; INEOQUEST TECHNOLOGIES, INC., a corporation and DOES 1 through 25, inclusive,<br><br>                                    Defendants. | **CASE NO.  CV 08-07076 RGK (AJWx)**<br><br>**[PROPOSED] JUDGMENT AGAINST DEFENDANT MAURICE MITCHELL** |

Consistent with the attached Order Re Motion for Default Judgment, filed June 26, 2009, the Court hereby enters Default Judgment against Defendant Maurice Mitchell and awards Plaintiff Ixia damages in the amount of $32,293.47.

DATED: July 2, 2009

_Gary Klausner_

United States District Court Judge
Central District of California

1



Respectfully Submitted,

DATED:  June 26, 2009                    HENNELLY & GROSSFELD LLP

                              By:    */ s /* Michael G. King
                                    _____
                                    MICHAEL G. KING
                                    Attorneys for Plaintiff IXIA

**[PROPOSED] JUDGMENT**
**AGAINST DEFENDANT MAURICE MITCHELL**

## CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4640 Admiralty Way, Suite 850, Marina del Rey, California, 90292.

On June 26, 2009, I served the following document(s):

**[PROPOSED] JUDGMENT AGAINST DEFENDANT MAURICE MITCHELL**

on the interested parties in this action as indicated below or on the attached service list, together with this declaration, as follows:

**Defendant In Pro Per:**
Maurice Mitchell
140 Mickelson Ridge Drive
Raleigh, NC 27603
EM: mcourtemail@yahoo.com

(X)     (By Overnight Delivery)  I deposited in a box or other facility regularly maintained by FedEx, Overnight Express or DHL, an express service carrier, or delivered to a courier or driver authorized by said express carrier to receive documents, a copy of the above named document(s).

(X)  (By E-Mail)  I caused the above-referenced document(s) to be transmitted by e-mail transmission to the interested parties at the appropriate e-mail addresses as listed above or on the attached service list.  A true and correct copy of the e-mail printout showing the date and time in which it was sent, is attached hereto and incorporated herein by this reference.

(X)  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that foregoing is true and correct.

Executed on June 26, 2009, at Marina del Rey, California.

_/ s /_ Naomi Snyder

**[PROPOSED] JUDGMENT
AGAINST DEFENDANT MAURICE MITCHELL**